Argued June 3—decided June 3, 1965

STATE OF CONNECTICUT *v.* FRANK W. AUDET

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Charles C. Draghi,* in support of the petition.

*Allen W. Smith,* assistant prosecuting attorney, in opposition.